```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                      Case No. 11-20511-MER
Joshua Adam Williams                                        Chapter 7
Tricia Lynn Portillos- Williams
      Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: gonzalesc              Page 1 of 2                  Date Rcvd: May 05, 2011
                              Form ID: 769                 Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2011.
db/db        +Joshua Adam Williams,    Tricia Lynn Portillos- Williams,    2637 East 132nd Ave,
               Thornton, CO 80241-2069
aty          +Michael Jude,    6565 E. Evans Ave.,    Denver, CO 80224-2351
13219574     +Art Castro,    5580 Garrison St.,    Arvada, CO 80002-3048
13219575     +Bc Services (original Creditor:broo,    451 21st Ave,    Longmont, CO 80501-1421
13219576     +Benfcl/hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13219577     +Brclysbankde,    125 South West Str,    Wilmington, DE 19801-5014
13219578     +Broomfield Pediatrics,    3301 W. 144th Ave., Ste. 200,    Broomfield, CO 80023-9511
13219579     +Business Revenue Systems, Inc.,    PO Box 13077,    Des Moines, IA 50310-0077
13219582     +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13219583     +Children’s Hospital,    % Revenue Enterprises,    PO Box 441368,    Aurora, CO 80044-1368
13219584      Chld/cbsd,    Po Box 6497,    Sioux Falls, SD  57117-6497
13219587     +Collection Company Of (original Cre,    700 Longwater Dr,    Norwell, MA 02061-1796
13219588     +Colorado Allergy And Asthma,    125 Rampart Way, Ste. 100,    Denver, CO 80230-6429
13219590     +Comcast,    P.O. Box 34227,    Seattle, WA 98124-1227
13219592     +Diversified Radiology Of CO, PC,    PO Box 173840,    Denver, CO 80217-3840
13219596     +EOS CCA,    7900 E. Union, Floor 3,    Denver, CO 80237-2735
13219593     +Encore Receivable Mgmt., Inc.,    400 N. Rogers Rd., Box 3330,    Olathe, KS 66062-1212
13219594     +Enhanced Recovery Corp (original Cr,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13219595     +Ent Federal Credit Uni,    Po Box 15819,    Colorado Springs, CO 80935-5819
13219597     +Fireside Auto Finance,    Po Box 9080,    Pleasanton, CA 94566-9080
13219599     +Fronterra VIllage HOA,    Colorado Association Services,    PO Box 62168,    Phoenix, AZ 85082-2168
13219601     +Heather Kelley,    Liberty Acquisitions,    PO Box 17210,    Golden, CO 80402-6020
13219602     +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13219604     +Liberty Acquisitions Servicing LLC,    PO Box 17210,    Golden, CO 80402-6020
13219605     +Lvnv Funding Llc (original Creditor,    Po Box 740281,    Houston, TX 77274-0281
13219607     +National Recoveries (original Credi,    2020 South Oneida St,    Denver, CO 80224-2447
13219608     +Nco Financial Srvs Inc (original Cr,    7720 E Bellview,plaza B,,
               Greenwood Village, CO 80111-2612
13219609     +Physicians PC,    PO Box 7449,    Colorado Springs, CO 80933-7449
13219610      Platte Valley Medical Center,    1600 Prairie Center Pkwy,    Brighton, CO  80022
13219612     +Quantum Financial Bus (original Cre,    10395 W Colfax Ave Ste 3,    Lakewood, CO 80215-3925
13219613     +Quest Diagnostic,    PO Box 78874,    Phoenix, AZ 85062-8874
13219614      Qwest,    % Allied Interstate,    300 Corporate Exchange Dr.,    Columbus, OH  43231
13219615      Ron And Sandy Shayler,    8820 Bradburn Blvd.,    Westminster, CO  80031
13219616      Steven Swan,    Thornton, CO  80241
13219624    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Usbank,    Po Box 9487,    Minneapolis, MN  55445-9487)
13219623      US Bank,    PO Box 5227,    Cincinnati, OH  45202
13219618     +United Consumer Finl S,    865 Bassett Rd,    Westlake, OH 44145-1194
13219619     +United Power,    Po Box 929,    Brighton, CO 80601-0929
13219620     +University Physicians,    % Revenue Enterprises, LLC,    PO Box 441368,    Aurora, CO 80044-1368
13219622     +Us Alliance Credit Uni,    1499 Wynkoop St Ste 100,    Denver, CO 80202-5557
13219625     +Van Ru Credit Corporation,    8550 Ulmerton Rd., Ste. 225,    Largo, FL 33771-5351
13219628    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wfs/wachovia Dealer Sv,    Po Box 1697,    Winterville, NC  28590)
13219626    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
              MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD  21701)
13219627     +Westminster Fcu,    9053 Harlan St Ste 10,    Westminster, CO 80031-2908
13219629     +Winzenburg, Leff, Purvis And Payne LLP,    1660 Lincoln Stree #1550,    Denver, CO 80264-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJASTEINLE.COM May 05 2011 22:33:00      Janice A. Steinle,    9249 S. Broadway,    Ste. 200,
               PMB 505,    Highlands Ranch, CO 80129-5692
ust          +E-mail/Text: ustp.region19@usdoj.gov May 05 2011 22:35:15      US Trustee,    999 18th St.,
               Ste. 1551,    Denver, CO 80202-2415
13219573     +EDI: RMCB.COM May 05 2011 22:33:00      AMCA,    2269 S. Saw Mill River Rd., Bldg. 3,
               Emsford, NY 10523-3848
13219572     +EDI: ALLIANCEONE.COM May 05 2011 22:33:00      Alliance One,    4850 Street Rd., Ste. 300,
               Trevose, PA 19053-6643
13219580     +EDI: CAPITALONE.COM May 05 2011 22:33:00      Cap One,    Po Box 85520,    Richmond, VA 23285-5520
13219581     +EDI: CAPITALONE.COM May 05 2011 22:33:00      Cap One,    Pob 30281,
               Salt Lake City, UT 84130-0281
13219585      EDI: CHRYSLER.COM May 05 2011 22:33:00      Chryslerfn,    27777 Franklin Rd,
               Southfield, MI 48034-2337
13219589     +E-mail/Text: iain.mchenry@premiermembers.org May 05 2011 22:32:14      Colorado United Cu,
               1501 Del Norte St,    Denver, CO 80221-6907
13219591     +EDI: RCSFNBMARIN.COM May 05 2011 22:33:00      Credit One Bank,    Po Box 98875,
               Las Vegas, NV 89193-8875
13219598     +EDI: AMINFOFP.COM May 05 2011 22:33:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
```

```
District/off: 1082-1          User: gonzalesc           Page 2 of 2            Date Rcvd: May 05, 2011
                              Form ID: 769              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13219600     +EDI: RMSC.COM May 05 2011 22:33:00      Gemb/care Credit,   Po Box 981439,
              El Paso, TX 79998-1439
13219603     +EDI: HFC.COM May 05 2011 22:33:00       Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13219606     +EDI: MID8.COM May 05 2011 22:33:00      Midland Credit Mgmt (original Credi,    8875 Aero Dr,
              San Diego, CA 92123-2251
13219611     +E-mail/Text: APOPE@PFCCOLLECTS.COM May 05 2011 22:31:50       Professional Finance C (original Cr,
              5754 W 11th St Ste 100,   Greeley, CO 80634-4811
13219621     +EDI: CITICORP.COM May 05 2011 22:33:00      Unvl/citi,   8787 Baypines,
              Jacksonville, FL 32256-8528
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13219617*    +The Children's Hospital,   % Revenue Enterprises, LLC,   PO Box 441368,    Aurora, CO 80044-1368
13219586    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2011**                    **Signature:**    _Joseph Speetjens_

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/10)     Case Number **11−20511−MER**

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/4/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joshua Adam Williams<br>aka Josh Williams<br>2637 East 132nd Ave<br>Thornton, CO 80241 | Tricia Lynn Portillos− Williams<br>2637 East 132nd Ave<br>Thornton, CO 80241 |
| Case Number:<br>11−20511−MER | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−9727<br>xxx−xx−0564 |
| Attorney for Debtor(s) (name and address):<br>Michael Jude<br>6565 E. Evans Ave.<br>Denver, CO 80224<br>Telephone number:  303−757−5833 | Bankruptcy Trustee (name and address):<br>Janice A. Steinle<br>9249 S. Broadway<br>Ste. 200<br>PMB 505<br>Highlands Ranch, CO 80129<br>Telephone number:  ( ) 303−794−8034 |

### Meeting of Creditors
Date:  **June 9, 2011**          Time:  **08:30 AM**
Location:  **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room A, Denver, CO 80202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/8/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Deadline to Provide Documents and Notice of Possible Dismissal:
*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017−2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017−2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does

not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  5/5/11 |

## EXPLANATIONS

FORM B9A_7cna (12/10)

| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
|---|---|
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

–– Refer to Other Side for Important Deadlines and Notices ––